## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## LUFKIN DIVISION

| | | |
|---|---|---|
| Cynthia Murray | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | C.A. No. 9:14-CV-00011 |
| | § | |
| Chick-Fil-A, Inc. | § | |
| *Defendant.* | § | JUDGE RON CLARK |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Cynthia Murray in the above named case appeals to the United States Court of Appeals for the 5th Circuit as to the Court's ruling on Defendant's Motion For Summary Judgment (Dkt. No. 34) and from the final judgment entered on December 19, 2014. (Dkt. No. 35).

Respectfully submitted,

**ARNOLD & ITKIN, LLP**

*/s/ Jason A. Itkin*
Jason A. Itkin
Texas Bar No. 24032461
SD TX No. 33053
6009 Memorial Drive
Houston, Texas 77008
PH:   (713) 222-3800
FAX: (713) 222-3850
Email: jitkin@arnolditkin.com
***ATTORNEY FOR APPELLANT***

**OF COUNSEL:**
Noah M. Wexler
Texas Bar No.  24060816
SD TX No.  916478
ARNOLD & ITKIN, LLP
6009 Memorial Drive
Houston, Texas  77008
PH:    (713) 222-3800
FAX: (713) 222-3850
Email: nwexler@arnolditkin.com

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice has been served in accordance with the Federal Rules of Civil Procedure on this the 16th day of January 2015 to all known counsel of record.

*/s/ Jason A. Itkin*
Jason A. Itkin